IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MBULU MAHKI JOHNSON,** | CIV-S-05-1922 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **GLORIA HENRY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondents' application for a thirty-day (30) enlargement of time to and including November 28, 2005, to file an Answer to Petition for Writ of Habeas Corpus, is hereby GRANTED.

DATED: October 31, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1922.eot