IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MBULU MAHKI JOHNSON,** | CIV-S-05-1922 GEB DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **GLORIA HENRY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT respondents'
application for a thirty-day enlargement of time to and including December 28, 2005, is hereby
GRANTED.

DATED: November 28, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1922.eot2