IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MBULU MAHKI JOHNSON,

    Petitioner,                      No. CIV S-05-1922 GEB DAD P

    vs.

GLORIA HENRY, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Respondents have requested a third extension of time to file their answer to petitioner's petition for a writ of habeas corpus pursuant to the court's orders of September 29, 2005 and November 28, 2005. Respondents requested a fifteen day extension in order to obtain state court records to lodge contemporaneously with their answer. On January 4, 2006, respondents filed their answer and lodged state trial and appellate court records. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' December 27, 2005 request for an extension of time is granted; and

/////

/////

/////

2. Respondents' January 4, 2006 answer is deemed timely filed.

DATED: January 5, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1922.eot3