IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MBULU MAHKI JOHNSON,

    Petitioner,                    No. CIV S-05-1922 GEB DAD P

    vs.

GLORIA HENRY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 19, 2006, petitioner sent a letter to the Clerk's Office requesting the status of his case. Court records indicate that the respondents filed an answer on January 4, 2006 and that petitioner did not file a traverse. The case is now submitted and in due course, the court will issue its findings and recommendations. Petitioner is informed that because of the court's caseload, a response to inquiries about the status of his case cannot always be provided. As long as the petitioner keeps the court informed of any change of address, no further action on petitioner's part is necessary.

/////

/////

/////

1

1 | Accordingly, IT IS ORDERED that petitioner's letter, filed on September 19,
2 | 2006, shall be placed in the file.
3 | DATED: September 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1922.stat

2