IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MBULU MAHKI JOHNSON,

    Petitioner,                      No. CIV S-05-1922 GEB DAD P

    vs.

GLORIA HENRY, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a letter inquiring about the status of his case. Court records indicate that the respondents filed an answer on January 4, 2006, and that petitioner did not file a traverse. Petitioner is informed that his case is submitted for decision and is pending findings and recommendations by the court.

        From 2004 through 2007 over 3,500 actions have been filed by California prisoners with the United States District Court for the Eastern District of California seeking habeas relief. The court is aware of its backlog of submitted habeas cases and is working diligently in that regard. Petitioner is informed that as long as he keeps the court informed of any change of address, no further action on his part is necessary.

/////

1    Accordingly, IT IS ORDERED that petitioner's letter, filed on January 7, 2008,
2 shall be placed in the file.
3 DATED: February 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1922.stat2